1036

[No. 11808–1–I.   Division One.   December 31, 1984.]

*In the Matter of the Marriage of* DONNA C.
WIGHTMAN, *Respondent, and* GARY O.
WIGHTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–3–04279–3, Rosselle Pekelis, J., entered May 27, 1982. *Affirmed in part* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Callow and Coleman, JJ.

[No. 11966–4–I.   Division One.   December 31, 1984.]

DENNIS CARLSON, *Respondent,* v. CHRIS WALTERS,
*Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–03065–3, Paul D. Hansen, J., entered April 16, 1982. *Reversed* and *dismissed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 12011–5–I.   Division One.   December 31, 1984.]

CHRIS DEMOPOLIS, *Appellant,* v. NORM WALLACE
AGENCY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 42907, Howard A. Patrick, J., entered June 25, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Swanson, J.